| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____    Chapter    **11**

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
| --- | --- | --- | --- |
| 1. | **Debtor's name** | **Bowes In-Home Care, Inc.,** | |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-0777098** | |

| | | | |
| --- | --- | --- | --- |
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **3506 Carlise Lane**<br>**Carpentersville, IL 60110**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Kane**<br>County | **Location of principal assets, if different from principal place of business**<br>**3506 Carlise Lane Carpentersville, IL 60110**<br>Number, Street, City, State & ZIP Code |

| | | |
| --- | --- | --- |
| 5. | **Debtor's website** (URL) | **bihc.com** |

| | | |
| --- | --- | --- |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor     **Bowes In-Home Care, Inc.,**                                    Case number (*if known*) _____
           Name

**7.   Describe debtor's business**     A. *Check one:*

■  Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐  Railroad (as defined in 11 U.S.C. § 101(44))

☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐  Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐  None of the above

B. *Check all that apply*

☐  Tax-exempt entity (as described in 26 U.S.C. §501)

☐  Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐  Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**     *Check one:*

☐  Chapter 7

☐  Chapter 9

■  Chapter 11. *Check all that apply*:

   ☐  Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☐  The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■  The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐  A plan is being filed with this petition.

   ☐  Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐  The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐  The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐  Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**     ☐ No.

           ■ Yes.

If more than 2 cases, attach a separate list.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| District | **Northern District Illinois** | When | **8/20/20** | Case number | **20-15928** |
| District | | When | | Case number | |

Debtor   **Bowes In-Home Care, Inc.,**                                     Case number (*if known*) _____
     Name

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☑ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | In Home Personal Service Inc | Relationship | **Affilate** |
|---|---|---|---|
| District | **Northern District Illinois** | When **6/15/24** | Case number, if known **24-8842** |

**11.  Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

███ **Statistical and administrative information**

**13.  Debtor's estimation of available funds**   .   *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Bowes In-Home Care, Inc.,** | Case number (*if known*) |
|---|---|---|
| | Name | |

| 16. | Estimated liabilities | |
|---|---|---|

☐ $0 - $50,000     ■ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion

☐ $50,001 - $100,000     ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion

☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion

☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor  **Bowes In-Home Care, Inc.,**                                    Case number (*if known*) _____
Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July  3, 2025**
                MM / DD / YYYY

**X** **/s/ Michael Collura**                              **Michael Collura**
Signature of authorized representative of debtor          Printed name

Title   **President**

---

**18. Signature of attorney**

**X** **/s/ James A.Young**                    Date   **July  3, 2025**
Signature of attorney for debtor                      MM / DD / YYYY

**James A.Young**
Printed name

**James Young Law**
Firm name

**85 Market Street**
**Elgin, IL 60123**
Number, Street, City, State & ZIP Code

Contact phone   **847-608-9526**        Email address   **jyoung@jamesyounglaw.com**

**6217342 IL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Bowes In-Home Care, Inc.,**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July  3, 2025**          X **/s/ Michael Collura**
                                            Signature of individual signing on behalf of debtor

                                            **Michael Collura**
                                            Printed name

                                            **President**
                                            Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Bowes In-Home Care, Inc.,** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Advantage Healthcare Consulting 1033 Amberly Dr North Salt Lake, UT 84054 | | Service Provider | | | | $6,158.00 |
| Airmed Health Solutions 515 Stone Gate Cir Schaumburg, IL 60193 | | Services | | | | $14,000.00 |
| ARM Solutions POBox 2929 Camarillo, CA 93011 | | Colections/Attorn ey | | | | $530.68 |
| AT&T POBox 5080 Carol Stream, IL 60197 | | Utiity | | | | $2,857.00 |
| Evans Fox LLP 100 Meridian Centre Blvd Rochester, NY 14618 | | Legal Services | | | | $4,545.00 |
| IDES 115 S LaSalle St 5th Floor Chicago, IL 60603 | | Taxes Owed | | | | $73,499.07 |
| Illinois Department of revenue PObox 19035 Springfield, IL 62794 | | Taxes Owed | | | | $88,022.06 |
| InHome Therapy c/o Richard Kates 800 Deerfield Rd Ste 302 Highland Park, IL 60035 | | Judgment/Citation | | | | $11,294.25 |

Debtor   **Bowes In-Home Care, Inc.,**                                          Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Iris Santiago 2399 Sussex Lane Carpentersville, IL 60110 | | Wage Claim | | | | $13,726.92 |
| JK Catahay LLC 684 Greenbrier Lane Crystal Lake, IL 60014 | | Services | | | | $320.00 |
| Michael Collura 3506 Carlise Lane Carpentersville, IL 60110 | | Business Loan | | | | $500,000.00 |
| Mimiel Collura 3506 Carlisle Lane Carpentersville, IL 60110 | | Spouse Related to President Of Debtor | | | | $660,835.00 |
| Ortho Illinois 324 Roxbury Rd Rockford, IL 61107 | | | | | | $15,000.00 |
| Paychex 911 Panorama Trl South Rochester, NY 14625 | | Pending Lawsuit | | | | $45,692.00 |
| Rehab Maxx LLC 2300 Barrington Rd Ste 220 Hoffman Estates, IL 60169 | | Lawsuit | | | | $10,700.00 |
| SBA 14925 Kingsport Rd Fort Worth, TX 76155 | | EDIL Loan SBA | | | | $1,850,000.00 |
| Shimanovsky & Moscardini LLP 205 W Randolph St Ste 1405 Chicago, IL 60606 | | Services/Steadfast Rehabilitation | | | | $10,094.00 |
| United Healthcare POBox 959782 Saint Louis, MO 63195 | | Insurance Policy | | | | $19,828.00 |
| Vendor 515 Stone Gate Cir Schaumburg, IL 60193 | | Services | | | | $15,000.00 |
| WellSky Corporation 11300 Switzer Trl Overland Park, KS 66210 | | Services | | | | $88,000.00 |

**Fill in this information to identify the case:**

Debtor name     **Bowes In-Home Care, Inc.,**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*................................................................................................. $      **0.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*............................................................................................. $      **1,028,214.89**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*.............................................................................................. $      **1,028,214.89**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $      **116,758.70**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................... $      **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$      **3,430,101.98**

4.    Total liabilities .....................................................................................................................
    Lines 2 + 3a + 3b

$      **3,546,860.68**

**Fill in this information to identify the case:**

Debtor name  **Bowes In-Home Care, Inc.,**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Chase Bank** | **Checking** | **7859** | $0.12 |
| 3.2. | **Chase Bank** | **Checking** | **7867** | $0.63 |
| 3.3. | **Chase Bank** | **Checking** | **7875** | $1.00 |
| 3.4. | **Chase Bank** | **Checking** | **7883** | $0.69 |
| 3.5. | **BMO Harris Bank** | **Checking** | **1984** | $2,605.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $2,607.44 |
   |---|

**Part 2:**    Deposits and Prepayments

Debtor   **Bowes In-Home Care, Inc.,**                                    Case number *(If known)* _____
_____
Name

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.        **Accounts receivable**

| 11a. 90 days old or less: | **332,496.76** | - | **0.00** | = .... | **$332,496.76** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **102,410.69** | - | **0.00** | = .... | **$102,410.69** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **52,000.00** | - | **0.00** | = .... | **$52,000.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.        **Total of Part 3.**                                                                **$486,907.45**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Debtor    **Bowes In-Home Care, Inc.,**                                    Case number *(If known)* _____
_____
Name

| 39. | Office furniture<br>**Office Furniture and Misc Items** | **$35,000.00** | | **$3,500.00** |
| 40. | Office fixtures<br>**Office Decor** | **Unknown** | | **$1,200.00** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Office Computers (PC and tablets and smart devices etc.,)** | **Unknown** | | **$18,000.00** |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**                                                          | **$22,700.00** |
     Add lines 39 through 42. Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ■ No
     ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** | | | |
| 62.  **Licenses, franchises, and royalties** | | | |

Debtor **Bowes In-Home Care, Inc.,**
_____
Name

Case number *(If known)* _____

| | | |
|---|---|---|
| **Home Health Agency License issued by Illinois Health Department** **Expiration date October 2025, ID xxx1415** | **Unknown** | **Unknown** |

63. **Customer lists, mailing lists, or other compilations**

| | | |
|---|---|---|
| 64. | **Other intangibles, or intellectual property** **Bowes In-Home Care, Inc., v  Paychex Lawsuit Surpreme Court New York** **24-03211220** | **$0.00** | **Unknown** |

65. **Goodwill**

66. **Total of Part 10.**

| | |
|---|---|
| Add lines 60 through 65. Copy the total to line 89. | **$0.00** |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
Description (include name of obligor)

| | | |
|---|---|---|
| 72. | **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| | **ERTC Employment Retention Tax Credit** | Tax year **2021** | **$516,000.00** |

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets,

Debtor    **Bowes In-Home Care, Inc.,** _____    Case number *(If known)* _____
.............Name

country club membership

| 78. | **Total of Part 11.** | |
|---|---|---|
| | Add lines 71 through 77. Copy the total to line 90. | **$516,000.00** |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor    **Bowes In-Home Care, Inc.,**    Case number *(If known)* _____
_____
Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,607.44 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $486,907.45 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $22,700.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $516,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,028,214.89 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $1,028,214.89 |

**Fill in this information to identify the case:**

Debtor name **Bowes In-Home Care, Inc.,**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**2.1    The PeoplEase Group**
Creditor's Name

**210 Wingo Way Ste 400
Mount Pleasant, SC 29464**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2023**
**Last 4 digits of account number**
**Bowes In Home Care**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**ERTC Employment Retention Tax Credit - Tax Year : 2021**

**Describe the lien**
**Non-Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$116,758.70**
Column B: **$516,000.00**

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$116,758.70**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

| Fill in this information to identify the case: |
|---|

Debtor name   **Bowes In-Home Care, Inc.,**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☒ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**Advantage Healthcare Consulting**<br>**1033 Amberly Dr**<br>**North Salt Lake, UT 84054**<br><br>Date(s) debt was incurred  **24-25**<br>Last 4 digits of account number  **0023** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Service Provider**<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | **$6,158.00** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Airmed Health Solutions**<br>**515 Stone Gate Cir**<br>**Schaumburg, IL 60193**<br><br>Date(s) debt was incurred  **24-25**<br>Last 4 digits of account number  **XXXXXXXX** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Services**<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | **$14,000.00** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**ARM Solutions**<br>**POBox 2929**<br>**Camarillo, CA 93011**<br><br>Date(s) debt was incurred  **2525**<br>Last 4 digits of account number  **2641** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Colections/Attorney**<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | **$530.68** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**AT&T**<br>**POBox 5080**<br>**Carol Stream, IL 60197**<br><br>Date(s) debt was incurred  **25**<br>Last 4 digits of account number  **2785** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Utiity**<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | **$2,857.00** |

| Debtor | **Bowes In-Home Care, Inc.,** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**AT&T**
**BK Department**
**5407 Andrew Highway**
**Midland, TX 79706**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2024-2025**

Basis for the claim: **Notice Only**

Last 4 digits of account number **XXXXXXXXXX**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,545.00**

**Evans Fox LLP**
**100 Meridian Centre Blvd**
**Rochester, NY 14618**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **6/25**

Basis for the claim: **Legal Services**

Last 4 digits of account number **0000**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$73,499.07**

**IDES**
**115 S LaSalle St**
**5th Floor**
**Chicago, IL 60603**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2019-2025**

Basis for the claim: **Taxes Owed**

Last 4 digits of account number **8662**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$88,022.06**

**Illinois Department of revenue**
**PObox 19035**
**Springfield, IL 62794**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **24**

Basis for the claim: **Taxes Owed**

Last 4 digits of account number **8000**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,294.25**

**InHome Therapy**
**c/o Richard Kates**
**800 Deerfield Rd Ste 302**
**Highland Park, IL 60035**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **25**

Basis for the claim: **Judgment/Citation**

Last 4 digits of account number **9477**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,726.92**

**Iris Santiago**
**2399 Sussex Lane**
**Carpentersville, IL 60110**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **3/14/2025**

Basis for the claim: **Wage Claim**

Last 4 digits of account number **XXXXXXXXXX**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**IRS**
**POBox 7346**
**Philadelphia, PA 19101**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2014-2024**

Basis for the claim: **Taxes Owed**

Last 4 digits of account number **XXXXXXXXXX**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Bowes In-Home Care, Inc., | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$320.00**

JK Catahay LLC
684 Greenbrier Lane
Crystal Lake, IL 60014

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **25**

Basis for the claim:  **Services**

Last 4 digits of account number  **2032**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500,000.00**

Michael Collura
3506 Carlise Lane
Carpentersville, IL 60110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2025**

Basis for the claim:  **Business Loan**

Last 4 digits of account number  **xxxxxxxxx**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$660,835.00**

Mimiel Collura
3506 Carlisle Lane
Carpentersville, IL 60110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **21-25**

Basis for the claim:  **Spouse Related to President Of Debtor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00**

Ortho Illinois
324 Roxbury Rd
Rockford, IL 61107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **24-25**

Basis for the claim:  _

Last 4 digits of account number  **1452**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$45,692.00**

Paychex
911 Panorama Trl South
Rochester, NY 14625

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **24**

Basis for the claim:  **Pending Lawsuit**

Last 4 digits of account number  **2941**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,700.00**

Rehab Maxx LLC
2300 Barrington Rd
Ste 220
Hoffman Estates, IL 60169

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **25**

Basis for the claim:  **Lawsuit**

Last 4 digits of account number  **0643**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,850,000.00**

SBA
14925 Kingsport Rd
Fort Worth, TX 76155

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **21**

Basis for the claim:  **EDIL Loan SBA**

Last 4 digits of account number  **8105**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Bowes In-Home Care, Inc., | Case number (if known) |
|---|---|---|
| | Name | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,094.00 |
|---|---|---|---|

**Shimanovsky & Moscardini LLP**
**205 W Randolph St**
**Ste 1405**
**Chicago, IL 60606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **24-25**

Basis for the claim: **Services/Steadfast Rehabilitation**

Last 4 digits of account number **Mek-Byt**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,828.00 |
|---|---|---|---|

**United Healthcare**
**POBox 959782**
**Saint Louis, MO 63195**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **5/25**

Basis for the claim: **Insurance Policy**

Last 4 digits of account number **9456**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,000.00 |
|---|---|---|---|

**Vendor**
**515 Stone Gate Cir**
**Schaumburg, IL 60193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **24-25**

Basis for the claim: **Services**

Last 4 digits of account number **_**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88,000.00 |
|---|---|---|---|

**WellSky Corporation**
**11300 Switzer Trl**
**Overland Park, KS 66210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **22-24**

Basis for the claim: **Services**

Last 4 digits of account number **4104**

Is the claim subject to offset? ☑ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Andrew Smith**<br>**2300 Barrington Rd**<br>**Ste 220**<br>**Hoffman Estates, IL 60169** | Line **3.17**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **IDES**<br>**33 S State St**<br>**10th Fl**<br>**Chicago, IL 60603** | Line **3.7**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Illinois Department of Revenue**<br>**Bankruptcy Setcion**<br>**POBox 64338**<br>**Chicago, IL 60664** | Line **3.8**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Illinois Department of Revenue**<br>**Bankruptcy Section**<br>**POBox 64338**<br>**Chicago, IL 60664** | Line **3.8**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Bowes In-Home Care, Inc.,** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.5 | **IRS** <br> **Dept of Treasury** <br> **Kansas City, MO 64999** | Line **3.11** <br><br> ☐ Not listed. Explain ____ | _ |
| 4.6 | **IRS** <br> **Internal Revenue Service** <br> **Cincinnati, OH 45999** | Line **3.11** <br><br> ☐ Not listed. Explain ____ | _ |
| 4.7 | **IRS** <br> **Dept of Treasury** <br> **Kansas City, MO 64999** | Line **3.11** <br><br> ☐ Not listed. Explain ____ | _ |
| 4.8 | **Paychex Inc.,** <br> **c/o Bond Schoeneck & King LLC** <br> **30 Linden Oaks 3rd Floor** <br> **Rochester, NY 14625** | Line **3.16** <br><br> ☐ Not listed. Explain ____ | _ |
| 4.9 | **SBA** <br> **POBox 3918** <br> **Portland, OR 97208** | Line **3.18** <br><br> ☐ Not listed. Explain ____ | _ |
| 4.10 | **SBA Administrator** <br> **Smallm Business Administration** <br> **Washington, DC 20416** | Line **3.18** <br><br> ☐ Not listed. Explain ____ | _ |
| 4.11 | **United States Attorney** <br> **Civil Process** <br> **219 S Dearborn St, Fifth Floor** <br> **Chicago, IL 60604** | Line **3.18** <br><br> ☐ Not listed. Explain ____ | _ |
| 4.12 | **United States Attorney** <br> **Civil Process** <br> **219 S Dearborn St, Fifth Floor** <br> **Chicago, IL 60604** | Line **3.11** <br><br> ☐ Not listed. Explain ____ | _ |

**Part 4:**    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | **0.00** |
| 5b. Total claims from Part 2 | 5b. | + $ | **3,430,101.98** |
| 5c. Total of Parts 1 and 2 <br> Lines 5a + 5b = 5c. | 5c. | $ | **3,430,101.98** |

**Fill in this information to identify the case:**

Debtor name __**Bowes In-Home Care, Inc.,**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

| Fill in this information to identify the case: |
|---|

Debtor name **Bowes In-Home Care, Inc.,**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Michael Collura** | **3506 Carlise Lane Carpentersville, IL 60110** | **Illinois Department of revenue** | ☐ D _____ <br> ■ E/F __3.8__ <br> ☐ G _____ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name   **Bowes In-Home Care, Inc.,**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$733,973.00** |
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other  _____ | **$2,104,499.58** |
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other  _____ | **$1,885,023.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
| --- | --- | --- | --- |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | Bowes In-Home Care, Inc., | Case number *(if known)* | |

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
| --- | --- | --- | --- |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
| --- | --- | --- | --- |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |

## Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- | --- |
| 7.1. | In Home Therapy LLC v Bowes In Home Care, Inc., 2024 3009477 | Breach Contract | Cook County Circuit Court Daley Center Chicago, IL 60606 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | Rehab Max LLC v Bowes In Home Care Inc., 2025 3000643 | Breach of Contract | Daley Center Chicago, IL 60606 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | Paychex v Bowes In Home Care Inc 2024 03211220 | Breach Contract | Monroe County New York Supreme Court | ☐ Pending<br>☐ On appeal<br>■ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

Debtor    **Bowes In-Home Care, Inc.,**                                  Case number *(if known)*

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- |

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
| --- | --- | --- | --- |

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

13. **Transfers not already listed on this statement**
    List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- |

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
| --- | --- |

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:

Official Form 207              **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                              page **3**

| Debtor | **Bowes In-Home Care, Inc.,** | Case number *(if known)* |
|---|---|---|

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

| Debtor | **Bowes In-Home Care, Inc.,** | Case number *(if known)* | |
|---|---|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|

---

| Debtor | Bowes In-Home Care, Inc., | Case number (if known) | |

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Lois West**<br>**C/O KRD Ltd.**<br>**35 E Wacker Dr**<br>**Chicago, IL 60601** | **8/24-Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Michael Collura** | **3506 Carlise Lane**<br>**Carpentersville, IL 60110** | **President** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

Debtor    **Bowes In-Home Care, Inc.,**                                    Case number *(if known)* _____

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __July  3, 2025__

**/s/ Michael Collura**                                    **Michael Collura**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Bowes In-Home Care, Inc.,**

Debtor(s)                                                          Case No. _____

Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 25,000.00 |
| Prior to the filing of this statement I have received | $ | 25,000.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

   ■ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

**CERTIFICATION**

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**July  3, 2025**
_____
*Date*

/s/ James A.Young
_____
**James A.Young**
*Signature of Attorney*
**James Young Law**
**85 Market Street**
**Elgin, IL 60123**
**847-608-9526  Fax: 847-841-3672**
**jyoung@jamesyounglaw.com**
_____
*Name of law firm*

JAMES A. YOUNG LAW, LLC.
85 MARKET STREET
ELGIN, IL 60123
Phone: 847.608.9526 Fax: 847.841.3672
jyoung@jamesyounglaw.com

BANKRUPTCY

REAL ESTATE

IMMIGRATION

July 2, 2025

## RETAINER/HOURLY RATE

Bowes In-Home Care, Inc,. ("Client") desire to retain the **Law Offices of James Young Law** (" the Attorneys"), as legal representation and intend to create an attorney client relationship for the purpose of representing the Client in connection with a Chapter 11 Bankruptcy.

We are requesting an initial retainer in the amount of Twenty-Five Thousand (**$25,000.00**) Dollars. Out of which $1,738.00 will be used for the filing fee. Any retainer paid in advance by you now or in the future shall be considered earned upon deposit with credit given as the work is performed, subject to the bankruptcy court approval as necessary. The Attorney is not bound to take action and may not take any action including, but not limited to, filing any appearance or papers or making any Court appearances, until the initial retainer is paid in full. All filings will be paid out of the initial retainer amount. Either party may terminate the attorney-client relationship at any time, except that the attorney must do so consistent with the rules of Professional Responsibility and in the event of pending litigation, pursuant to such Court's rules and orders.

The Attorneys will bill all services (whether by members of the firm, associates, or of counsel attorneys) at an hourly rate of four Hundred ($400.00) dollars an hour. We reserve the right to increase the hourly rate for attorneys; and non- attorney personnel but we will notify you in advance of any increase. We may consult with specialty attorneys and if so, they will be billed to you at their normal rate.

All retainers described herein, including all future retainers, are expressly agreed to be "advance payment retainers" as described in **In Re: Production Associates, Ltd. 264 B.R. 180 (Bkrtcy. N.D. Ill 2001) and Dowling v. Chicago Options Associates, Inc., 2007 WL 128879 (Ill.).** The Attorneys will commingle the retainer and any future retainer immediately upon receipt with their general funds being obligated only to refund any amount equal to the unearned portion thereof, if any, promptly after the termination of the Attorneys services. Ordinarily, Client has option to request that the retainer be considered a "security retainer" where Client continues to have interest in these funds, but Client recognizes and agrees that Attorneys would not undertake representation on that basis. The Attorneys are obligated by *Dowling* case to advise Client of the reason they would decline to represent Client on a security retainer basis, and that reason is the Attorneys do not desire even to potentially compete with the creditors of Client on a security retainer basis.

## MONTHLY STATEMENT/ARREARAGES

All fees are subject to bankruptcy court approval after notice and hearing which you may appear and/or object. You will be invoiced on a monthly basis according to the terms herein, any time spent on your matter will be reflected in your billing. This will include time spent reviewing any documentation, drafting any correspondence or pleadings, or performing any research to help support any position we take on your behalf.

We are a Federal Debt Relief Law Firm that counsels individuals who seek legal relief under the Federal Bankruptcy Laws
Hablamos Español – Por favor llámenos al (847) 793-1031 para hablar con alguien en Español

JAMES A. YOUNG LAW, LLC.
85 MARKET STREET
ELGIN, IL 60123
Phone: 847.608.9526 Fax: 847.841.3672
jyoung@jamesyounglaw.com

BANKRUPTCY

REAL ESTATE

IMMIGRATION

July 2, 2025

It will also include time spent on the telephone with you or with any other person in connection with the matter you have entrusted to us.  The minimum time expenditure billed for any phone call is one tenth of an hour.

Any costs expended on your behalf, such as filing fees I court, for services of a private investigator, or other similar costs will be added top your monthly billing to be paid as indicated above.

All of the above entries and costs will be itemized on your billing statement in detail.  Please call me if you wish to discuss the billing or you have questions or concerns about the charges.

BANKRUPTCY

This fee expressly does not include any obligation on the Attorney to prosecute or defend any adversary proceedings or appeals (Additional Services), which may arise as a result of the Clients bankruptcy case.  Anything herein to contrary both the Attorney and the Client will endeavor to be fair and reasonable with each other in all billing matters.

Section 527 information will be provided to the Client as part of this agreement.

BINDING  EFFECT

By signing below, you indicate that you understand our billing and wish us to undertake your representation on the matters which you have already or will in the future entrust us. A copy of this agreement should be kept for your records.

CHOICE OF LAW

This agreement shall be construed according to the laws of the State of Illinois  and the parties agree to submit to the jurisdiction of any state or federal court in Illinois.

**JAMES A. YOUNG LAW, LLC.**
85 MARKET STREET
ELGIN, IL 60123
Phone: 847.608.9526 Fax: 847.841.3672
jyoung@jamesyounglaw.com

BANKRUPTCY

REAL ESTATE

IMMIGRATION

July 2, 2025

Signature

/s/ James Young
James Young

Agreed:

Bowes In-Home Care, Inc.,

_____

By: _PRESIDENT_____

Dated: _7/02/2025_____

We are a Federal Debt Relief Law Firm that counsels individuals who seek legal relief under the Federal Bankruptcy Laws
Hablamos Español – Por favor llámenos al (847) 793-1031 para hablar con alguien en Español

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Bowes In-Home Care, Inc.,** _____    Case No.   _____
                                    Debtor(s)                    Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| -NONE- | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date   **July  3, 2025** _____    Signature   **/s/ Michael Collura** _____
                                                                **Michael Collura**

_Penalty for making a false statement of concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Bowes In-Home Care, Inc.,**

Debtor(s)

Case No.

Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                        **36**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **July  3, 2025**

**/s/ Michael Collura**
**Michael Collura/President**
Signer/Title

Advantage Healthcare Consulting
1033 Amberly Dr
North Salt Lake, UT 84054

Airmed Health Solutions
515 Stone Gate Cir
Schaumburg, IL 60193

Andrew Smith
2300 Barrington Rd
Ste 220
Hoffman Estates, IL 60169

ARM Solutions
POBox 2929
Camarillo, CA 93011

AT&T
POBox 5080
Carol Stream, IL 60197

AT&T
BK Department
5407 Andrew Highway
Midland, TX 79706

Evans Fox LLP
100 Meridian Centre Blvd
Rochester, NY 14618

IDES
115 S LaSalle St
5th Floor
Chicago, IL 60603

IDES
33 S State St
10th Fl
Chicago, IL 60603

Illinois Department of revenue
PObox 19035
Springfield, IL 62794

Illinois Department of Revenue
Bankruptcy Setcion
POBox 64338
Chicago, IL 60664


Illinois Department of Revenue
Bankruptcy Section
POBox 64338
Chicago, IL 60664


InHome Therapy
c/o Richard Kates
800 Deerfield Rd Ste 302
Highland Park, IL 60035


Iris Santiago
2399 Sussex Lane
Carpentersville, IL 60110


IRS
POBox 7346
Philadelphia, PA 19101


IRS
Dept of Treasury
Kansas City, MO 64999


IRS
Dept of Treasury
Kansas City, MO 64999


IRS
Internal Revenue Service
Cincinnati, OH 45999


JK Catahay LLC
684 Greenbrier Lane
Crystal Lake, IL 60014


Michael Collura
3506 Carlise Lane
Carpentersville, IL 60110

Michael Collura
3506 Carlise Lane
Carpentersville, IL 60110

Mimiel Collura
3506 Carlisle Lane
Carpentersville, IL 60110

Ortho Illinois
324 Roxbury Rd
Rockford, IL 61107

Paychex
911 Panorama Trl South
Rochester, NY 14625

Paychex Inc.,
c/o Bond Schoeneck & King LLC
30 Linden Oaks 3rd Floor
Rochester, NY 14625

Rehab Maxx LLC
2300 Barrington Rd
Ste 220
Hoffman Estates, IL 60169

SBA
14925 Kingsport Rd
Fort Worth, TX 76155

SBA
POBox 3918
Portland, OR 97208

SBA Administrator
Smallm Business Administration
Washington, DC 20416

Shimanovsky & Moscardini LLP
205 W Randolph St
Ste 1405
Chicago, IL 60606

The PeoplEase Group
210 Wingo Way Ste 400
Mount Pleasant, SC 29464


United Healthcare
POBox 959782
Saint Louis, MO 63195


United States Attorney
Civil Process
219 S Dearborn St, Fifth Floor
Chicago, IL 60604


United States Attorney
Civil Process
219 S Dearborn St, Fifth Floor
Chicago, IL 60604


Vendor
515 Stone Gate Cir
Schaumburg, IL 60193


WellSky Corporation
11300 Switzer Trl
Overland Park, KS 66210

# United States Bankruptcy Court
## Northern District of Illinois

In re **Bowes In-Home Care, Inc.,**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Bowes In-Home Care, Inc.,**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July  3, 2025**

Date

**/s/ James A.Young**

**James A.Young**

Signature of Attorney or Litigant

Counsel for    **Bowes In-Home Care, Inc.,**

**James Young Law**

**85 Market Street**
**Elgin, IL 60123**
**847-608-9526 Fax:847-841-3672**
**jyoung@jamesyounglaw.com**